No. 3,290.—HATTIE M. PETERS, Respondent, *v.* BARTHOL-OMEW A. SCOLLARD, Appellant.

*Appeal from District Court, Silver Bow County; J. J. Lynch, Judge.*

Decided June 11, 1913.

PER CURIAM.—It is ordered that the appeal from the judgment herein be, and the same is hereby, dismissed in accordance with stipulation of counsel on file.

*Mr. Geo. Y. Patten,* and *Mr. V. E. Collins,* for Appellant.

*Messrs. Nolan & Donovan,* for Respondent.